NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000386**
**12-JAN-2015**
**02:57 PM**

CAAP-12-0000386

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF THE ESTATE OF EDWARD VON BARAVALLE
also known as Edward V. Baravalle

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(PROBATE NO. 09-1-0664)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of Beneficiary-Appellant KYOKO KOUDA's Motion for Reconsideration, filed on December 29, 2014, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, January 12, 2015.

On the motion:

Junsuke Otsuka
(Otsuka & Associates)
Beneficiary-Appellant

Presiding Judge

Associate Judge

Associate Judge